In the Matter of the Estate of HENRY MULLER, JR., Deceased. EDWIN G. MULLER, Appellant; HENRY MULLER, III, as Executor of HENRY MULLER, JR., Deceased, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.